IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| FELIX ORIAKH, | HON. JEROME B. SIMANDLE |
| Plaintiff, | Civil No. 07-264 (JBS/AMD) |
| v. | |
| BUREAU OF PRISONS, et al., | **ORDER** |
| Defendants. | |

    This matter having come before the Court upon Plaintiff's motion to reopen [Docket Item 40]; the Court having considered Plaintiff's submissions in support thereof; and for the reasons explained in the Memorandum Opinion of today's date; and for good cause shown;

    IT IS this   **19th**   day of **January, 2010** hereby

    ORDERED that Plaintiff's motion to reopen this case is **DENIED**.

                                          s/ Jerome B. Simandle
                                          JEROME B. SIMANDLE
                                          United States District Judge