# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

Felix Oriakhi

    Plaintiff,

v.

Bureau of Prisons, et al

    Defendants.

ORDER ON APPLICATION
TO PROCEED WITHOUT
PREPAYMENT OF FEES

Case Number: **07-264-JBS**

**APPEAL**

Having considered the application to proceed without prepayment of fees under 28 U.S.C.§ 1915;

IT IS ORDERED that the application is:

☑ **GRANTED**

☐ **DENIED**, for the following reasons:

_____

_____.

ENTERED this __29th__ day of __March__, 2010

*[Signature]*
Hon. Jerome B. Simandle, USDCJ

*[RECEIVED MAR 2 3 2010 / MAR 3 2 2010 JEROME B. SIMANDLE U.S. DISTRICT JUDGE stamps]*